UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 17 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MOHSEN KHOSHMOOD, )
)
Plaintiff, )
)
v. ) Civil Action No. 17-2281 (UNA)
)
EASTERN MARKET MANAGEMENT, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

The instant complaint is substantially similar to that filed in another recent lawsuit, *see Khoshmood v. Eastern Market Management*, No. 17-2437 (D.D.C. filed Nov. 6, 2017), and it will be dismissed without prejudice for lack of subject matter jurisdiction for the same reasons described in the Court's Memorandum Opinion in that case.

An Order is issued separately.

DATE: January 17, 2018

_____
United States District Judge